Supreme Court of Texas Orders 03/11/2006









THE SUPREME COURT OF TEXAS
Order Pronounced March 10, 2006
ORDER ON PETITION FOR REVIEW
THE FOLLOWING PETITION FOR REVIEW IS SEVERED:

 
 
 05‑0653 
 
 GILBERT KERLIN, INDIVIDUALLY, GILBERT KERLIN, TRUSTEE, 
 WINDWARD OIL & GAS CORP., AND PI CORP. v. CONCEPCION SAUCEDA, ET AL., 
 II; from Cameron County; 13th district 
 (13‑01‑00062‑CV, ___ SW3d ___, 06‑09‑05)
 
 
 Motion pursuant to Texas Rule of Appellate Procedure 
 56.3 granted as follows: the equitable accounting claim is severed 
 from Case No. 05-0653 into Case No. 06-0189, styled Kerlin v. 
 Sauceda, et al., I; the petition for review is granted in Case No. 
 06-0189; and the court of appeals' judgment is vacated in 
 part.
 
 
 
  
 
 [Note: Case No. 05-0653, styled Kerlin v. 
 Sauceda, et al., II, remains pending before this 
Court.]